No. 98–223.  FLORIDA v. WHITE.  Sup. Ct. Fla.  Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 98–262.  MCGINNIS, DIRECTOR, MICHIGAN DEPARTMENT OF CORRECTIONS, ET AL. v. HADIX ET AL.  C. A. 6th Cir.  Certiorari granted limited to the following questions: "1. Whether, in litigation pending on the effective date of the Prison Litigation Reform Act, the attorney fee provision of PLRA § 803(d), 42 U. S. C. § 1997e(d), applies to fees awarded after the Act's effective date for services rendered after that date?  2. Whether, in such litigation, this fee provision applies to fees awarded after the Act's effective date for services rendered before that date?"

No. 97–1993.  SUN DRILLING PRODUCTS CORP. ET AL. v. RAYBORN.  Ct. App. La., 4th Cir.  Certiorari denied.

No. 98–105.  URBANO v. CONTINENTAL AIRLINES, INC.  C. A. 5th Cir.  Certiorari denied.

No. 98–200.  HARPER ET AL. v. BLOCKBUSTER ENTERTAINMENT CORP.  C. A. 11th Cir.  Certiorari denied.

No. 98–272.  NORFOLK SOUTHERN CORP. ET AL. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 4th Cir.  Certiorari denied.

No. 98–279.  YOUNG ET AL. v. LOCKHEED ADVANCED DEVELOPMENT CO. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–295.  CARTER v. GOOD, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS SHERIFF OF RUTHERFORD COUNTY, ET AL. C. A. 4th Cir.  Certiorari denied.